UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ALABAMA
NORTHEASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ] |
| Plaintiff, | ] |
| vs. | ] 5:07-CR-009-LSC |
| BRIAN SCOTT CULVER, | ] |
| Defendant. | ] |

Order Accepting Report and Recommendation

This Court has reviewed the Report and Recommendation [Doc. 71] of the Honorable John E. Ott, United States Magistrate Judge, entered the 14th day of May 2007, as well as the objections [Doc. 93] to the Report and Recommendation made by the defendant.  This Court has made a *de novo* determination of those findings and portions objected to by the defendant in this case pursuant to 28 U.S.C. § 636(b)(1).

It is **ORDERED** that the Report and Recommendation [Doc. 71] of the Honorable John E. Ott, United States Magistrate Judge, entered the 14th day of May 2007 be accepted and hereby is **ACCEPTED** as entered, except that this Court notes that apparently the 8mm tape was discovered on the

14th day of November, as asserted by the defendant. Further, it appears that the defendant also is correct that there were seven rather than six photographs. However, neither of these factual determinations are material to the rulings on the defendant's motions. This Court does otherwise **ADOPT** the Report and Recommendation as the Order of this Court as if the same were set forth at this point *in extenso*.

Done this 1st day of June 2007.

L. SCOTT COOGLER
UNITED STATES DISTRICT JUDGE
124153