UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ALABAMA

FILED
JUN - 8 2007
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ALABAMA

| | |
|---|---|
| UNITED STATES OF AMERICA | ] |
| | ] |
| V. | ]  CASE NO. 07-CR-009-LSC |
| | ] |
| BRIAN SCOTT CULVER. | ] |

VERDICT  (Count Four)

Was at least a part of the alleged criminal activity committed in the Northern District of Alabama? (Yes or No) __YES__

__6/8/07__
Date

____[signature]____
Foreperson's Signature

(Note:  If your answer is "No" then skip the remainder of this verdict form and proceed to the next form.)

- - - - - - - - - - - - - - - - - - -

We, the jury, find the defendant, Brian Scott Culver, NOT GUILTY as charged in Count Four of the indictment.

_____
Date

_____
Foreperson's Signature

- - - - - - - - - - - - - - - - - - -

We, the jury, find the defendant, Brian Scott Culver, GUILTY as charged in Count Four  of the indictment.

__6/8/07__
Date

____[signature]____
Foreperson's Signature