FILED
2007 Jun-11  AM 09:29
U.S. DISTRICT COURT
N.D. OF ALABAMA

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ALABAMA



F I L E D
JUN - 8 2007
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ALABAMA

| | |
|---|---|
| UNITED STATES OF AMERICA ] | |
| ] | |
| V.                                    ] | CASE NO. 07-CR-009-LSC |
| ] | |
| BRIAN SCOTT CULVER.    ] | |

### VERDICT  (Count Five)

Was at least a part of the alleged criminal activity committed in the Northern District of Alabama? (Yes or No) __YES__

__6/8/07__                                                          ~~[signature redacted]~~
Date                                                                     Foreperson's Signature

(Note:  If your answer is "No" then skip the remainder of this verdict form and proceed to the next form.)

- - - - - - - - - - - - - - - - - - - - - - - - - -

We, the jury, find the defendant, Brian Scott Culver, NOT GUILTY as charged in Count Five of the indictment.

__6/8/07__                                                          ~~[signature redacted]~~
Date                                                                     Foreperson's Signature

- - - - - - - - - - - - - - - - - - - - - - - - - -

We, the jury, find the defendant, Brian Scott Culver, GUILTY as charged in Count Five  of the indictment.

_____                                              _____
Date                                                                     Foreperson's Signature